PEOPLE ex rel. HORNE v. JOHNSON FIRE COM'R. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Proceeding by the People of the State of New York, on the relation of Edwin F. Horne, against Joseph Johnson, Fire Commissioner of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements, upon the ground that the resolution of the board of aldermen does not refer specifically to the relator, and that the incumbent must be selected in the manner provided by law.

PEOPLE ex rel. JOINTA LIME CO. v. SOHMER, State Comptroller. (Supreme Court, Appellate Division, Third Department. January 7, 1914.). Proceeding by the People of the State of New York, on the relation of the Jointa Lime Company, against William Sohmer, Comptroller of the State of New York. No opinion. Determination unanimously affirmed, with $50 costs and disbursements.

PEOPLE ex rel. LONG, Appellant, v. MEALY et al., Assessors, Respondents. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceeding by the People of the State of New York, on the relation of Richard H. Long, against G. Frank Mealy and others, Assessors, etc.

PER CURIAM. Order and judgment unanimously affirmed, with costs.

HOWARD, J., not sitting.

PEOPLE ex rel. LUTHER v. GARNSEY. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York, on the relation of Arthur B. Luther, against Owen A. Garnsey, as president. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE ex rel. McGLOIN v. PATROLMEN'S BENEV. ASS'N OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Proceeding by the People of the State of New York, on the relation of John W. McGloin, against the Patrolmen's Benevolent Association of the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

PEOPLE ex rel. NATIONAL TEXTILE MFG. CO., Appellant, v. MOLLEUR et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceeding by the People of the State of New York, on the relation of the National Textile Manufacturing Company, against Israel Molleur and others. No opinion. Judgment unanimously affirmed, with costs.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. WALSH, Deputy Comptroller, et al. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against Michael J. Walsh, Deputy Comptroller, etc., and others. No opinion. Motion granted. Order resettled.

PEOPLE ex rel. RAPID TRANSIT SUBWAY CONST. CO., Respondent, v. CRAVEN, Appellant. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Proceeding by the People of the State of New York, on the relation of the Rapid Transit Subway Construction Company, against Alfred Craven, as chief engineer, etc. L. T. Harkness, of New York City, for appellant. M. J. O'Brien, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. SAVAGE, Appellant, v. HUTCHINGS, Respondent. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceeding by the People of the State of New York, on the relation of Charles R. Savage (Frederick W. Savage), against Richard H. Hutchings, Superintendent, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. SEBRING, Respondent, v. COMMON COUNCIL OF CITY OF CORNING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Proceeding by the People of the State of New York, on the relation of James O. Sebring, against the Common Council of the City of Corning and others.

PER CURIAM. Order previously entered, denying motion to dismiss the appeal, is vacated and set aside, and the appeal is dismissed, without costs; it appearing on further disclosure of the facts on the argument of the appeal that no question involving the substantial rights of the parties remained after the resignation of relator. See People ex rel. Lewis v. Sherman, 171 N. Y. 684, 64 N. E. 1124.

PEOPLE ex rel. TOMKINS, Respondent, v. RILEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Proceeding by the People of the State of New York, on the relation of Charles E. Tomkins, against John B. Riley and others, as the Board of Parole of State Prisons. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. TROY KNITTING CO., Appellant, v. MOLLEUR et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceeding by the People of the State of New York, on the relation of the Troy Knitting Company, against Israel Molleur and others. No opinion. Judgment unanimously affirmed, with costs.